1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Phillip Walker, | Case No.: 2:20-cv-09020-RAO |
| Plaintiff, | *Hon. Rozella A. Oliver* |
| v. | **[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE** |
| Shaver Investment Corporation, a California Corporation; and Does 1-10, | |
| Defendants. | Action Filed:  October 1, 2020<br>Trial Date:     Not on Calendar |

1   Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before
2   it, and being fully advised finds as follows:
3       **IT IS ORDERED THAT:**
4       Plaintiff Phillip Walker's ("Plaintiff") action against Defendant Shaver Investment
5   Corporation ("Defendant") is dismissed with prejudice. Each party will be responsible for
6   their own fees and costs.

Dated:   November 24, 2020

Hon. Rozella A. Oliver
United States Magistrate Judge
Central District of California

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE